WOMEN'S UNIVERSITY CLUB v. UNITED
STATES.

No. L–224.

Court of Claims.

June 1, 1931.

Allen G. Gartner, of Washington, D. C., for plaintiff.

Charles B. Rugg, Asst. Atty. Gen. (Fred K. Dyan, of Washington, D. C., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

This case is controlled by the decisions of this court in William M. Abbott v. United States, 66 Ct. Cl. 603; John Fisler v. United States, 66 Ct. Cl. 220; Faculty Club of the University of California v. United States, 65 Ct. Cl. 754.